FRANCES MALBON, as Administratrix of the Estate of CLARENCE H. MALBON, Deceased, Appellant, *v.* PHELPS DODGE REFINING CORP., Respondent. LILLIE FARKAS, Individually and Doing Business under the Name of GENERAL INDUSTRIAL PAINTING Co., Third-Party Defendant.

Argued January 7, 1954; decided February 25, 1954.

*Stephen W. O'Leary, Alfred Jaffe, Jeremiah A. O'Leary* and *Albert P. Thill* for appellant.

*John J. Cunneen* for respondent.

Judgment, insofar as appealed from, affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.